```
        ✓ FILED          ___ RECEIVED
        ___ ENTERED      ___ SERVED ON
                         COUNSEL/PARTIES OF RECORD

              APR 2 0 2011

        CLERK US DISTRICT COURT
           DISTRICT OF NEVADA
        BY:_____DEPUTY
```

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
|   Plaintiff, | ) |
| v. | ) 2:10-CR-583-RLH (GWF) |
| BRUCE JOHNSON, aka "G" | ) |
|   Defendant. | ) |

## PRELIMINARY ORDER OF FORFEITURE

This Court finds that on April 20, 2011, defendant Bruce Johnson pled guilty to Count One of a One-Count Criminal Information charging him with Possession with Intent to Distribute a Controlled Substance in violation of Title 21, United States Code, Sections 841(a)(1).

This Court finds defendant Bruce Johnson agreed to the forfeiture of the property set forth in Forfeiture Allegation of the Criminal Information and the Plea Memorandum.

This Court finds, pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2), the United States of America has shown the requisite nexus between property set forth in the Forfeiture Allegation of the Criminal Indictment and the Plea Agreement and the offense to which defendant Bruce Johnson pled guilty.

The following assets are subject to forfeiture pursuant to Title 21, United States Code, Section 853(a)(1) and (p):

    (1) a silver and black 2007 Dodge Charger, bearing Nevada license 708-WMR, Vehicle Identification number (VIN) 2B3KA43G77H652806; and

. . .

    (2) an *in personam* criminal forfeiture money judgment of $3,200.00 in United States Currency.

This Court finds the United States of America is now entitled to, and should, reduce the aforementioned property to the possession of the United States of America.

NOW THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the United States of America should seize the aforementioned property.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED all right, title, and interest of Bruce Johnson in the aforementioned property is forfeited and is vested in the United States of America and shall be safely held by the United States of America until further order of the Court.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the United States of America shall publish for at least thirty (30) consecutive days on the official internet government forfeiture website, www.forfeiture.gov, notice of this Order, which shall describe the forfeited property, state the time under the applicable statute when a petition contesting the forfeiture must be filed, and state the name and contact information for the government attorney to be served with the petition, pursuant to Fed. R. Crim. P. 32.2(b)(6) and Title 21, United States Code, Section 853(n)(2).

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a petition, if any, must be filed with the Clerk of the Court, 333 Las Vegas Boulevard South, Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED a copy of the petition, if any, shall be served upon the Asset Forfeiture Attorney of the United States Attorney's Office at the following address at the time of filing:

  Daniel Hollingsworth
  Assistant United States Attorney
  Michael Humphreys
  Assistant United States Attorney
  Lloyd D. George United States Courthouse
  333 Las Vegas Boulevard South, Suite 5000
  Las Vegas, Nevada 89101.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED the notice described herein need not be published in the event a Declaration of Forfeiture is issued by the appropriate agency.

1 | following publication of notice of seizure and intent to administratively forfeit the above-described
2 | property.
3 | DATED this 20 day of April, 2011.

_____
UNITED STATES DISTRICT JUDGE

## PROOF OF SERVICE

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individual was served with a copy of the Preliminary Order of Forfeiture on **DATE**, 2011 by the below identified method of service:

CM/ECF

Paola M. Armeni
Gordon & Silver, Ltd.
3960 Howard Hughes Parkway, 9th Floor
Las Vegas, NV 89169
Email: USDCNOTICES@gordonsilver.com

                                        /s/ Elizabeth Baechler-Warren
                                        Elizabeth Baechler-Warren
                                        Forfeiture Support Associate Paralegal