**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | 2:10-CR-583-RLH (GWF) |
| ) | |
| BRUCE JOHNSON, aka "G" ) | |
| ) | |
| Defendant. ) | |

**AMENDED FINAL ORDER OF FORFEITURE**

On April 20, 2011, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 21, United States Code, Section 853(a)(1) and (p), based upon the plea of guilty by defendant BRUCE JOHNSON to a criminal offense, forfeiting specific property alleged in the Criminal Information and agreed to in the Plea Memorandum and shown by the United States to have the requisite nexus to the offense to which defendant BRUCE JOHNSON pled guilty. Docket #16, #18, #20, #21.

This Court finds the United States of America published the notice of the forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from April 27, 2011, through May 26, 2011, notifying all known third parties of their right to petition the Court. #23.

On June 30, 2011, TRACY YOUNG, PRESIDENT, TITLEMAX OF NEVADA, INC., was served by regular mail and by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #28, p. 2-20.

1  On June 30, 2011, THE CORPORATION TRUST COMPANY OF NEVADA - REGISTERED AGENT OF TITLEMAX OF NEVADA, INC., was served by regular mail and by certified mail, return receipt requested, with a copy of the Preliminary Order of Forfeiture and the Notice. #28, p. 21-39.

On July 1, 2011, ALAN DASHER, PRESIDENT OF CASHBACK TITLE LOANS, INC., was personally served with a copy of the Preliminary Order of Forfeiture and the Notice. #28, p. 40-47.

On July 1, 2011, CASHBACK TITLE LOANS, INC., c/o ALAN DASHER, PRESIDENT, was personally served with a copy of the Preliminary Order of Forfeiture and the Notice. #28, p. 48-56.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 21, United States Code, Section 853(a)(1) and (p); and Title 21, United States Code, Section 853(n)(7) and shall be disposed of according to law:

   a)  a silver and black 2007 Dodge Charger, bearing Nevada license 708-WMR, Vehicle Identification Number (VIN) 2B3KA43G77H652806; and

   b)  $3,200.00 in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

1         The Clerk is hereby directed to send copies of this Order to all counsel of record and three

2 certified copies to the United States Attorney's Office.

3         DATED this __7th__ day of __September__, 2011.

                                                _/s/ Roger L. Hunt_
                                      UNITED STATES DISTRICT JUDGE

**PROOF OF SERVICE**

I, Elizabeth Baechler-Warren, Forfeiture Support Associate Paralegal, certify that the following individuals were served with a copy of the Amended Final Order of Forfeiture on September 7, 2011, by the below identified method of service:

CM/ECF:

Paola M. Armeni
Gordon & Silver, Ltd.
3960 Howard Hughs Parkway, Ninth Floor
Las Vegas, NV 89169
Counsel for the Defendant Bruce Johnson

                                      /s/ Elizabeth Baechler-Warren
                                      Elizabeth Baechler-Warren
                                      Forfeiture Support Associate Paralegal