UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                           Plaintiff,<br>v.<br>BRUCE JOHNSON,<br><br>                           Defendant. | Case No. 2:10-cr-00583-APG-GWF<br><br>**ORDER** |

On February 27, 2019, the Court granted Defendant's Motion for Appointment of Counsel Pursuant to 18 U.S.C. § 3006A(g). *Order*, (ECF No. 57). The Order referred the matter to the Criminal Justice Panel for Appointment of Counsel.

The Court is advised Federal Public Defender's Office accepts appointment for matters related to sentence reduction pursuant to the First Step Act. Accordingly,

**IT IS HEREBY ORDERED** that Order (ECF No. 57) is **withdrawn**.

**IT IS FURTHER ORDERED** that the Federal Public Defender is appointed as counsel to represent Defendant in all further proceedings.

Dated this 1st day of March, 2019.

_____
GEORGE FOLEY, JR.
UNITED STATES MAGISTRATE JUDGE

1